IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Gladys

Printed: 11/18/08

Case Number: 08 B 16301
Judge: Goldgar, A. Benjamin
Filed: 6/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 7, 2008
Confirmed: September 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 600.00 |  |
| Secured: |  | 187.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 373.60 |
| Trustee Fee: |  | 39.40 |
| Other Funds: |  | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 373.60 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Financial | Secured | 4,125.02 | 187.00 |
| 5. | Citi Residential Lending Inc | Secured | 12,039.00 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 633.80 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 2,121.56 | 0.00 |
| 8. | Merrick Bank | Unsecured | 2,432.75 | 0.00 |
| 9. | DaimlerChrysler Financial | Unsecured | 0.64 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,610.66 | 0.00 |
| 11. | Macys Retail Holdings Inc | Unsecured | 837.04 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 677.15 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 522.43 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,034.69 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,388.76 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,069.67 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,135.44 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 557.52 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,170.79 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 1,311.90 | 0.00 |
| 21. | GE Money Bank | Unsecured | 150.21 | 0.00 |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | West Asset Management | Unsecured |  | No Claim Filed |
| 24. | Shell Oil Company | Unsecured |  | No Claim Filed |
| 25. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 26. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jackson, Gladys

Printed: 11/18/08

Case Number: 08 B 16301
Judge: Goldgar, A. Benjamin
Filed: 6/24/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Verizon Wireless Midwest | Unsecured |  | No Claim Filed |
|  |  | $ 39,283.03 | $ 560.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.00 |
| 6.6% | 26.40 |
|  | $ 39.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

